UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE LAVELLE LYON,

    Defendant.

Case No. 21-cr-20595

Hon. Shalina D. Kumar



**SUPERSEDING INDICTMENT**

**THE GRAND JURY CHARGES:**

## COUNT ONE
**Interference With Commerce By Robbery**
**(18 U.S.C. § 1951)**

At all times material to this Indictment, Dollar General was engaged in the selling of various food, beverage, and household products in interstate commerce and was an industry which affects interstate commerce.

On or about July 17, 2021, in the Eastern District of Michigan, Lawrence Lyon, unlawfully obstructed, delayed, and affected, and attempted to obstruct, delay, and affect, commerce as that term is defined in Title 18, United States Code, Section

1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that Lawrence Lyon unlawfully took United States currency from a Dollar General cashier against her will by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Section 1951.

## COUNT TWO
### Using, Carrying, And Brandishing a Firearm During and in Relation to A Crime of Violence
### (18 U.S.C. § 924(c)(1)(A))

On or about July 17, 2021, in the Eastern District of Michigan, Lawrence Lyon knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery as charged in Count One, all in violation of Title 18, United States Code, Sections 924(c)(1)(A).

## COUNT THREE
### Felon In Possession Of A Firearm
### (18 U.S.C. § 922(g)(1))

On or about July 17, 2021, in the Eastern District of Michigan, Lawrence Lyon, knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a pink and black in color SCCY, model CPx-2, 9mm

semi-automatic handgun, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR
### Felon In Possession Of A Firearm
### (18 U.S.C. § 922(g)(1))

On or about September 17, 2021, in the Eastern District of Michigan, Lawrence Lyon, knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, model 22, .40 caliber semi-automatic handgun, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all

property involved in, or property traceable to, the violations alleged in this Indictment.

|  | **THIS IS A TRUE BILL.** |
|---|---|
| Dated: June 21, 2023 | *s/ Grand Jury Foreperson* |
|  | GRAND JURY FOREPERSON |

DAWN N. ISON
United States Attorney

| *s/ Timothy M. Turkelson* | *s/ Anthony P. Vance* |
|---|---|
| TIMOTHY M. TURKELSON (P53748) | ANTHONY P. VANCE (P61148) |
| Assistant United States Attorney | Assistant United States Attorney |
| 101 First Street, Suite 200 | Chief, Branch Offices |
| Bay City, MI 48708 |  |
| Telephone number: (989) 895-5712 |  |
| Timothy.turkelson@usdoj.gov |  |

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number:<br>21-cr-20595 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | **AUSA's Initials: TT** |

**Case Title:** USA v. Lawrence Lavelle Lyon

**County where offense occurred:** Genesee

**Offense Type:** Felony

Indictment -- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** 21-cr-20595          **Judge:** Shalina D. Kumar

**Reason:**
Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| Lawrence Lavelle Lyon | 18 U.S.C. § 922(g)(1) | 21-mj-30375 |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

June 21, 2023
Date

s/Timothy M. Turkelson

Timothy M. Turkelson
Assistant United States Attorney
600 Church Street
Flint, MI 48502
timothy.turkelson@usdoj.gov
(810) 766-5177

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.